317

Before the Third Division, December 2, 1944

**No. 49830.**—Protest 101916–K of J. L. Hammett Co., Inc. (New York).

Opinion by KEEFE, J. In view of stipulation of counsel entered into at the trial and section 514, Tariff Act of 1930, the court found that the collector in reliquidating the entry in accordance with the order of the court was without authority to revise other assessments in respect to which the statutory time within which such revision may be made had expired. The court therefore directed the collector to reliquidate the entry assessing said internal revenue tax upon said merchandise at the rate of .006 dollars per pound, as claimed.

**No. 49831.**—Protest 99570–K of Mrs. H. B. Stebner (Pembina).

Opinion by KEEFE, J. At the trial the plaintiff failed to appear either in person or by attorney. An examination of the protest papers failed to disclose anything to establish that the fur coat in question was purchased as an incident of the trip made by the plaintiff. In the absence of evidence that the trip was not made for the sole purpose of acquiring the fur coat, the protest was overruled.

**No. 49832.**—Protest 76268–K of Pistorino & Co., Inc. (Boston).

Opinion by KEEFE, J. At the trial it appeared that the importer and his wife, both of whom are naturalized citizens of the United States, having immigrated from Italy, maintained a home on Cape Cod and during the winter season conducted a shop in Bermuda and rented a furnished home. Because of inadequate furnishings various pieces were taken from the Bermuda shop to the home there and some of these articles had come from their home in Italy and had been in the wife's possession for more than a generation. From the record presented it appeared the 77 pieces of glass tableware in question, 71 pieces of decorated earthenware, and 41 pieces of decorated china tableware, although acquired abroad, were in the home of the plaintiffs in Bermuda for many years. When the plaintiffs' business affairs were settled, they returned to the United States with their household effects, which were, therefore, entitled to free entry under paragraph 1632. It also appeared that 5 pieces of decorated chinaware statuettes and a dog's day bed or crib set were taken by the plaintiffs out of the United States to Bermuda and when returned were, therefore, entitled to free entry under paragraph 1798. In view of the entire record the court directed the collector to reliquidate the entry, making refund of all duties taken upon the foregoing named articles.